IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| OLANDER RAYMOND RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19CV352 |
| | ) | |
| SGT. TAYLOR and | ) | |
| OFFICER HOPKINS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 26, 2020, the United States Magistrate Judge's Recommendation was filed, and, pursuant to 28 U.S.C. § 636, notice was served on the parties. No objections were filed. Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation [Doc. #22] is adopted.

IT IS HEREBY ORDERED that the Dismissal Motion [Doc. #12] is GRANTED IN PART AND DENIED IN PART as follows: Plaintiff's excessive force claims will proceed against Defendants in their individual capacities only.

This the 24th day of August, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge