**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

OLANDER RAYMOND RICHARDSON,    )
                                    )
                 Plaintiff,      )
                                    )
          v.              )      1:19CV352
                                    )
SGT. TAYLOR and             )
OFFICER HOPKINS,          )
                                    )
               Defendants.   )

## ORDER

On January 6, 2022, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by the statute, although Mr. Richardson filed a document entitled "Motion of Acceptance and or Arbitration to Courts Dismissal of Defendatns [sic] Summary Judgement Complaint" in which he requests that the Court grant judgment in his favor. [Doc. #42.]

In the absence of objections, the Court need not make a de novo review and the Magistrate Judge's Recommendation [Doc. #40] is hereby adopted.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment [Doc. #34] is DENIED and Plaintiff's pro se motion [Doc. #42] is deemed moot in light of the Court's ruling.

This the 23rd day of February, 2022.

                                     /s/ N. Carlton Tilley, Jr.
                                    Senior United States District Judge